

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2022

No. 04-22-00409-CV, 04-22-00410-CV

Jim **KIRKLAND**, All Occupants,
Appellants

v.

**V & S TOTAL TRADE, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022 CV01025, 2022CV01033
Kevin Henderson, Judge Presiding

# O R D E R

Pending before the court is a motion to consolidate cause numbers 04-22-00409-CV and 04-22-00410-CV. We held this motion to consolidate under advisement. No response to the motion has been filed. *See* TEX. R. APP. P. 10.3(a). In the interest of efficient administration, this court has determined that the appeals should be consolidated for purposes of appeal.

We therefore GRANT the motion and ORDER the appeals consolidated for the purpose of briefing and oral argument, if any. From this date forward, the parties shall file all motions, briefs, and other documents as if the appeals were one case but shall include both cause numbers in the style. Both appeals will be submitted together as a single proceeding. If oral argument is granted, the appeals will be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The Court will dispose of both appeals with the same judgment, opinion, and mandate.

It is so **ORDERED** December 19, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

